**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 62 WAL 2022

                       Respondent            :

                                       :  Petition for Allowance of Appeal

                                     :  from the Order of the Superior Court

                 v.                   :

                                     :

LUIS RODRIGUEZ,                   :

                                   :

                      Petitioner            :


## ORDER


**PER CURIAM**

     **AND NOW**, this 2nd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.